# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

JACOBO EGOROFF,

                              Petitioner,

          v.

A. NEIL CLARK, Field Office Director, U.S.
Immigration and Customs Enforcement,

                              Respondent.

Case No. C10-834-RSM

ORDER OF DISMISSAL

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return Memorandum and Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Respondent's motion to dismiss (Dkt. 11) is GRANTED, and this action is DISMISSED with prejudice.

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 13 day of October 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1